UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Matthew E., individually and                    Case No. 3:25-cv-07535-LJC

   Plaintiff(s),

 v.                                         **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
Aetna Life Insurance Company                     (CIVIL LOCAL RULE 11-3)

   Defendant(s).

I, Karra J. Porter, an active member in good standing of the bar of the State of Utah, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Gregory K. Nelson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203029.

| | |
|---|---|
| 257 East 200 South, Suite 1100, SLC, Utah 84111 | 16236 San Dieguito Rd., Suite 5-23 PO Box 675963 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 81-323-5000 | 858-794-2140 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| karra.porter@chrisjen.com | nelson@weeksnelson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5223.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/25

Karra J. Porter
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karra J. Porter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 29, 2025

UNITED STATES MAGISTRATE JUDGE



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein KARRA J. PORTER, #5223, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 3rd day of May, 1988.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 3rd day of September, A.D. 2025

*Nicole Gray*