# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew E., individually and on behalf of B.E., and B.E.<br><br>        Plaintiff,<br>    vs.<br><br>Aetna Life Insurance Company, Trinet Group, Inc. and The Trinet HR III, Inc. Employee Benefit Plan,<br><br>        Defendants. | CASE NO.  4:25-cv-07535<br><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY |

    The Court has reviewed and considered Plaintiffs' motion to proceed pseudonymously.  For good cause shown, the Court GRANTS the motion.

    IT IS HEREBY ORDERED.

DATED: November 4, 2025

_____
U.S. DISTRICT COURT JUDGE