1  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Scott M. Petersen, *Pro Hac Vice Application Forthcoming*
   Matthew S. Brahana, *Pro Hac Vice Application Forthcoming*
6  **FABIAN VANCOTT**
7  95 South State Street, Suite 2300
   Salt Lake City, Utah  84111
8  Telephone:  (801) 531-8900
   Facsimile: (801) 531-1716
9  spetersen@fabianvancott.com
   mbrahana@fabianvancott.com
10
   Attorneys for Defendant
11 AETNA LIFE INSURANCE COMPANY

12 Gregory Kennt Nelson
   nelson@weeksnelson.com
13 WEEKS NELSON
   P.O. Box 675963
14 Rancho Santa Fe, CA  92067

15 Karra J. Porter, *Admitted Pro Hac Vice*
   karra.porter@chrisjen.com
16 CHRISTENSEN & JENSEN P.C.
   257 East 200 South, Suite 1100
17 Salt Lake City, UT  84111

18 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E., individually and on behalf of B.E., and B.E., <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY and the TRINET GROUP, INC., and the TRINET HR III, INC. EMPLOYEE BENEFIT PLAN, <br><br> Defendants. | Case No. 3:25-cv-07535-LJC <br><br> **ORDER ON STIPULATED MOTION TO TRANSFER VENUE** |

Having reviewed the Stipulated Motion to Transfer Venue submitted by Defendant Aetna Life Insurance Company and Plaintiffs, Matthew E. and B.E., and good cause appearing therefor:

IT IS HEREBY ORDERED:

This matter shall be transferred to the United States District Court for the District of Connecticut.

Dated: November 10, 2025

_____
MAGISTRATE JUDGE LISA J. CISNEROS